IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LAWRENCE L. BOYLES, JR.,

    PLAINTIFF,

v.                                              Civil Action No. 1:23-CV-04
                                                                         (KLEEH)

WILLIAM F. WALSH, *individually*,
TRINITY MARKET SOLUTIONS, LLC,
BOLT CAPITAL HOLDINGS,
PALMETTO BROTHERS CAPITAL,
PERRYAUTO 19, LLC,
CLIENT CATCHER, INC.,

    DEFENDANTS.

## ORDER OF COURT

Upon consideration of the THIRD STIPULATION TO EXTEND PERIOD TO RESPOND TO COMPLAINT AND TO SUBMIT RULE 26(a) DISCLOSURES, it is hereby ORDERED that the Defendants, William F. Walsh, Trinity Marketing Solutions, Bolt Capital Holdings, Palmetto Brothers Capital, and Perryauto 19, LLC, shall have until May 26, 2023, to file their responsive pleadings to Plaintiff's Complaint.  It is further ORDERED that the Plaintiff and Defendants, William F. Walsh, Trinity Marketing Solutions, Bolt Capital Holdings, Palmetto Brothers Capital, and Perryauto 19, LLC, shall have until May 26, 2023, to submit their initial Rule 26 discovery.

Dated: April 26, 2023

*/s/ Thomas S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA