IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LAWRENCE L. BOYLES, JR.,

    PLAINTIFF,

v.          Civil Action No. 1:23-CV-04
                                     (KLEEH)

WILLIAM F. WALSH, *individually*,
TRINITY MARKET SOLUTIONS, LLC,
BOLT CAPITAL HOLDINGS,
PALMETTO BROTHERS CAPITAL,
PERRYAUTO 19, LLC,
CLIENT CATCHER, INC.,

    DEFENDANTS.

## ORDER OF COURT

Upon consideration of the FOURTH STIPULATION TO EXTEND PERIOD TO RESPOND TO COMPLAINT AND TO SUBMIT RULE 26(a) Disclosures, it is hereby ORDERED that the Defendants, William F. Walsh, Trinity Marketing Solutions, Bolt Capital Holdings Group, Palmetto Brothers Capital, and Perryauto 19, LLC, shall have until June 30, 2023, to file their responsive pleadings to Plaintiff's Complaint; and that the deadline for submission of the initial Rule 26 discovery be extended to June 30, 2023.

Dated:   June 7, 2023

*Tom S Kleeh* (signature)

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA