IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LAWRENCE L. BOYLES, JR.,

    PLAINTIFF,

v.                                                         Civil Action No. 1:23-CV-04
                                                                      (KLEEH)

WILLIAM F. WALSH, *individually*,
TRINITY MARKET SOLUTIONS, LLC,
BOLT CAPITAL HOLDINGS,
PALMETTO BROTHERS CAPITAL,
PERRYAUTO 19, LLC,
CLIENT CATCHER, INC.,

    DEFENDANTS.

## ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

    This Court, having considered the Parties' *Joint Stipulation for Voluntary Dismissal* in the above-captioned action, and pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby **ORDERED** that the Plaintiff's claims in the above-captioned action be and are hereby dismissed in their entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

Dated:   August 2, 2023

                                                             THOMAS S. KLEEH, CHIEF JUDGE
                                                             NORTHERN DISTRICT OF WEST VIRGINIA